▮ ROSE PEARLSON et al., Respondents, v. ETHEL JAVITZ, Appellant.—

No opinion. Defendant's time to answer the second amended complaint is extended until 20 days after entry of the order hereon. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.